FOLEY & LARDNER LLP
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY  10016-1314
Telephone:  (212) 682-7474
Facsimile:  (212) 687-2329
asekel@foley.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HANOVER ARCHITECTURAL SERVICE, P.A.,<br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN TESTIMONY-MORRIS, N.P., VISBEEN CONSTRUCTION CO., D.P., PETER RAYMOND WELLS, ARCHITECT, LLC, REINER GROUP, INC., ENERGY SAVING & ELECTRICAL CORP., INC., individuals JAMES CHANG, KENNETH J. VISBEEN, PETER RAYMOND WELLS, JINFAR LIU, and John Does 1-5,<br><br>    Defendants. | Civil Case No. 2:10-cv-05455-SDW-MCA<br><br>**ORDER GRANTING THE ADMISSION OF JONATHAN E. MOSKIN *PRO HAC VICE***<br><br>*Electronically Filed Document* |

**THIS MATTER** having come before the Court by defendants' motion, for the entry of an Order, pursuant to Local Civil Rule 101.1(c), permitting the appearance *pro hac vice* of Jonathan E. Moskin, an attorney admitted in the State of New York (admitted in 1984) and in the Southern District of New York (admitted in 1986), on behalf of defendants; and the Court having considered the defendants' motion dated February 4, 2011, and the requirements of Mr. Moskin's appearance *pro hac vice* having been met; and good cause having been shown:

IT IS on this 14th day of February, 2011,

NYC_1082713.1

ORDERED that the application seeking admission *pro hac vice* of Jonathan E. Moskin so that he may appear and participate in this matter on behalf of defendants is hereby granted; and it is

FURTHER ORDERED that Mr. Moskin shall abide by the Federal Rules of Civil Procedure, the Local Civil Rules, and all disciplinary rules; and it is

FURTHER ORDERED that Mr. Moskin shall comply with the payment requirement to the New Jersey Lawyers' Find for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of Foley & Lardner LLP who is a member of the Bar of this Court and who shall be held responsible for them and for the conduct of this cause and of the admitted attorney therein.

Hon. Madeline C. Arleo, U.S.M.J.